AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Puerto Rico

United States of America
v.

Zoraida Rivera Martinez

_____
*Defendant(s)*

)
)
)
)
)
)
)

Case No. 25 - 573 (M)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___February 2022 through May 2025___ in the county of _____ -- _____ in the _____ -- _____ District of ___Puerto Rico___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 876 | Mailing threatening communications |

This criminal complaint is based on these facts:

See attached affidavit.
Reviewed by: SAUSA Luis Rivera-Mendez

The United States requests temporary detention pending preliminary hearing and detention hearing.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Alexandra Benedicto / FBI SA
*Printed name and title*

Sworn and subscribed pursuant to FRCP 4.1 at __9:19 am__ by telephone, this __17th__ day of June 2025, in San Juan, Puerto Rico.

Date: _____06/17/25_____

_____
*Judge's signature*

City and state: _____San Juan, Puerto Rico_____

Hon. Hector Ramos Vega/ U.S. Magistrate Judge
*Printed name and title*