UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**ZORAIDA RIVERA-MARTINEZ,**<br><br>**Defendant.** | **CRIMINAL NO. 25-573 (M)** |

UNITED STATES' MOTION TO DISMISS THE CRIMINAL COMPLAINT

TO THE HONORABLE HECTOR R. RAMOS-VEGA
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF PUERTO RICO

1. On June 17, 2025, Ms. Zoraida Rivera-Martinez was charged via complaint with a violation of 18 U.S.C. § 876. (DE-1).

2. During the initial appearance, and at the request of both parties, Ms. Rivera-Martinez was released with conditions that included her husband being a third-party custodian and that she continue in out-patient, mental health treatment including continuing to participate in treatment with her psychiatrist. As informed by the USPO Mrs. Rivera-Martinez has remained in compliance with her conditions of release.

[*space intentionally left blank*]

1

3. Pursuant to Fed. R. Crim. P. 48(a),[1] the government moves to dismiss the criminal complaint against defendant Zoraida Rivera-Martinez.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 21st day of July 2026.

HÉCTOR E. RAMÍREZ-CARBÓ
Acting United States Attorney

*/s/ Luis Rivera-Méndez*
Luis Rivera-Méndez, 300709
Special Assistant U.S. Attorney
Torre Chardon, Suite 1201
350 Carlos Chardon St.
San Juan, P.R.   00918
Tel. (787) 766-5656

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

*/s/ Luis Rivera-Méndez*
Luis Rivera-Méndez
Special Assistant U.S. Attorney

---

1 Rule 48(a) states, in relevant part, that "[t]he government may, with leave of court, dismiss an indictment, information, or complaint."